IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOE TRISTAN, | § § § | |
| *Plaintiff*, | § § | Civil Action No. 4:19-cv-04120 |
| V. | § § | **JURY DEMANDED** |
| ADVANCE AUTO PARTS, INC., | § § § | |
| *Defendant*. | § | |

NOTICE OF APPEARANCE OF SHEA N. PALAVAN
AS ADDITIONAL COUNSEL FOR PLAINTIFF

**TO THE HONORABLE JUDGE OF SAID COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Notice is hereby given that the undersigned attorney, Shea N. Palavan of THE NIELSEN LAW FIRM, P.C., hereby respectfully enters his appearance in this matter as additional attorney of record for Plaintiff, JOE TRISTAN, including for purposes of receiving Notices and Orders from this Court.

Current lead counsel, Eric D. Nielsen of THE NIELSEN LAW FIRM, P.C., shall remain designated as lead counsel for Plaintiff. All filings in this case should be copied on the above counsel, as well as lead and other counsel for Plaintiff.

Dated: October 22, 2019

Respectfully submitted,

THE NIELSEN LAW FIRM, P.C.

BY:   /s/ *Shea N. Palavan*
         Eric D. Nielsen (**Lead Counsel**)
            Texas Bar No. 15021625
            SDTX Bar No. 806
            eric@nielsentriallaw.com
         Shea N. Palavan

Texas Bar No. 24083616
SDTX Bar No. 1692329
shea@nielsentriallaw.com
9800 Northwest Freeway, Suite 314
Houston, Texas 77092
T: (713) 524-4800
F: (888) 587-9443
E: service@nielsentriallaw.com

***Attorneys for Plaintiff,***
***Joe Tristan***

## CERTIFICATE OF SERVICE

     I hereby certify that, on the date below, pursuant to FEDERAL RULE OF CIVIL PROCEDURE 5(b)(2)(E) and this Court's Local Rule LR5, a true and correct copy of the foregoing has been filed with the Clerk of this Court via this Court's CM/ECF system, which, including pursuant to this Court's Local Rule LR5.1, will serve a NEF via electronic mail upon all parties and their respective counsel of record who are deemed to have consented to electronic service, and that, pursuant to same, any other counsel of record and/or party have be served with a true and correct copy of the foregoing by electronic mail, this Court's CM/ECF system, U.S mail, first class mail, and/or facsimile transmission on this same date.

October 22, 2019                               /s/ *Shea N. Palavan*
                                                                Shea N. Palavan